## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**DAMIEN DERRELL LINDSEY**                                      **PLAINTIFF**

**v.**                                      **CAUSE NO. 1:15CV357-LG-RHW**

**EVAN HUBBARD, ET AL.**                                      **DEFENDANTS**

### ORDER ADOPTING REPORT AND RECOMMENDATION
### AND DENYING MOTION FOR DEFAULT JUDGMENT

This cause comes before the Court on the Report and Recommendation of

United States Magistrate Judge Robert Walker entered in this cause on June 9,

2016.  Magistrate Judge Walker reviewed plaintiff Lindsey's Motion for Default

Judgment and the docket in this case, and determined that Lindsey was incorrect in

arguing that the defendants' answers to his complaint were untimely.  The plaintiff

did not object to the Magistrate Judge's conclusion or the recommendation that the

Motion for Default Judgment should be denied.  After review of this matter, the

Court finds that the Report and Recommendation is neither clearly erroneous nor

contrary to law.  It will therefore be adopted as the opinion of this Court.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Report and

Recommendation of United States Magistrate Judge Robert H. Walker entered in

this cause on June 9, 2016 [30] should be, and the same hereby is, **ADOPTED** as

the finding of this Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Motion for

Default Judgment [20] is **DENIED**.

      **SO ORDERED AND ADJUDGED** this the 19th day of July, 2016.


*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE