## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**DAMIEN DERRELL LINDSEY**                                    **PLAINTIFF**

**v.**                                    **CAUSE NO. 1:15CV357-LG-RHW**

**EVAN HUBBARD, ET AL.**                                    **DEFENDANTS**

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the defendants.  Plaintiff's claims against the defendants are **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 23rd day of June, 2017.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE